IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ANDREW REID**  **PLAINTIFF**
**ADC #134373**

v.  No: 5:18-cv-00149 KGB-PSH

**DOES, G.I.D. COMMITTEE**  **DEFENDANTS**

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Andrew Reid filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on June 8, 2018 (Doc. No. 2). On July 3, 2018, the Court ordered Reid to file an amended complaint within 30 days. *See* Doc. No. 5. Reid was cautioned that failure to file an amended complaint within that time would result in the dismissal of his case, without prejudice, pursuant to Local Rule 5.5(c)(2).

More than 30 days have passed, and Reid has not complied with the July 3 order. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's order. *See Miller v. Benson*,

51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT Reid's complaint (Doc. No. 2) be DISMISSED WITHOUT PREJUDICE.

DATED this 6th day of August, 2018.

_____
UNITED STATES MAGISTRATE JUDGE