IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ANDREW REID**
**ADC #134373**                                                                 **PLAINTIFF**

v.                      Case No. 5:18-cv-00149-KGB/PSH

**DOES, G.I.D. COMMITTEE**                                                     **DEFENDANTS**

**ORDER**

The Court has received the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 6). No objections have been filed, and the time to file an objection has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 6). Accordingly, plaintiff Andrew Reid's complaint against defendants Does and Arkansas Department of Correction's Gender Identity Disorder Committee is dismissed without prejudice (Dkt. No. 2).

So ordered this 27th day of December, 2018.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge