IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ANDREW REID**
**ADC #134373**   **PLAINTIFF**

v.     Case No. 5:18-cv-00149-KGB/PSH

**DOES, G.I.D. COMMITTEE**   **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Andrew Reid's complaint is dismissed without prejudice.

So adjudged this 27th day of December, 2018.

_____
Kristine G. Baker
United States District Judge